IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02849-BNB

RONNIE JAMES,

     Plaintiff,

v.

FERRELL,
SNEAD, and
JANE AND JOHN DOES,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 0 2011

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

     Plaintiff, Ronnie James, initiated this action by filing *pro se* a "Motion to Have Video Evidence Properly Secured." On December 3, 2010, Magistrate Judge Boyd N. Boland directed Mr. James to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. James to file a Prisoner Complaint and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. James was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

     Mr. James has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's December 3 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the "Motion to Have Video Evidence Properly Secured" is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this __10th__ day of ___January_____, 2011.

BY THE COURT:


__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-02849-BNB

Ronnie James
Prisoner No.  122091
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**  to
the above-named individuals on January 10, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk